UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL TEPPER, individually and on behalf of all others similarly situated,

         Plaintiff,

v.

VESYNC CORPORATION,

         Defendant.

Case No.: 7:24-cv-08430-NSR

**MEMO ENDORSED**

### STIPULATION AND ORDER TO STAY LITIGATION

  WHEREAS, Plaintiff Daniel Tepper ("Plaintiff") commenced this putative class action (the "Action") against Defendant Vesync Corporation ("Defendant" or "Levoit") (collectively, the "Parties") on or about November 5, 2024 (ECF No. 1);

  WHEREAS, Plaintiff filed an Amended Class Action Complaint ("AC") on November 14, 2024 (ECF No. 5);

  WHEREAS, Defendant filed a motion to dismiss the AC (ECF No. 23), Plaintiff filed an opposition to Defendant's motion to dismiss (ECF No. 21), and Defendant filed a reply brief in support of its motion to dismiss the AC (ECF No. 24);

  WHEREAS, Defendant's motion to dismiss the AC is currently pending before the Court;

  WHEREAS, there are currently two related cases pending before other courts, *Chen v. Vesync Corp*, No. 3:23-CV-04458-TLT (N.D. Cal.) (filed Aug. 29, 2023) and *Menter v. Vesync Corp.*, No. 3:24-cv-12786-MGM (D. Mass.) (filed Nov. 5, 2024) (collectively, the "Related Actions");

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/27/2025__

WHEREAS, the Parties have agreed to globally mediate this Action and the Related Actions with Hon. Lisa Hart Cole (Ret.) on December 19, 2025;

WHEREAS, the Parties believe it is in their best interests, and the most efficient way in which to proceed, to enter a temporary stay of this Action pending the completion of such dispute-resolution efforts, in order to conserve the Parties' and the Court's respective resources and allow the Parties to focus their attentions and efforts on resolution of the Action; and

WHEREAS, the Parties, through their respective counsel, have met and conferred, and, subject to the Court's approval, agree and respectfully request that all deadlines presently outstanding in this action, including deadlines set by this Court's orders, or under the Federal Rules of Civil Procedure or the Local Rules, should be stayed, and that the Action be stayed and deferred for at least sixty (60) days, while the Parties explore resolution of the case.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant as follows:

1. The Action, and any court deadlines set by this Court or under the Federal Rules of Civil Procedure, shall be stayed for at least sixty (60) days, at which point, if the Parties have not reached a settlement in principle, the Parties will work together to submit a stipulated case schedule for the Court's consideration.

2. The Parties shall report to the Court on or before the expiration of the stay regarding their progress towards resolution.

3. Neither the Plaintiff or Defendant have made any previous request for such a stay.

Dated: October 23, 2025

Respectfully submitted,

By: */s/ Janine L. Pollack*
Janine L. Pollack
GEORGE FELDMAN MCDONALD, PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (917) 983-2707
Fax: (888) 421-4173
jpollack@4-justice.com

Archana Tamoshunas
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, NY 10038
Tel: (646) 873-7654
Fax: (212) 931-0703
atamoshunas@tcllaw.com
mgreaves@tcllaw.com

*Attorneys for Plaintiff Tepper*

By: */s/ Amanda M. Blau*
Amanda M. Blau
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5441
ablau@sidley.com

Sarah Carlson (*pro hac vice*)
SIDLEY AUSTIN LLP
12230 El Camino Real, Suite 300
San Diego, CA 92130
Tel.: (858) 398-0150
sarah.carlson@sidley.com

*Attorneys for Vesync Corporation*

IT IS SO ORDERED:

**This action is STAYED until January 9, 2026. The parties are directed to provide the Court with a written status update on or before January 9, 2026. The Court DENIES Defendant's motion to dismiss without prejudice subject to refiling. Clerk of Court is requested to terminate the motion at ECF No. 22.**

Dated: **White Plains, NY October 27,** , 2025

By: _____
U.S.D.J. Nelson S. Román

3